No. 110, Misc.   OUGHTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 128, Misc.   RUFFIN *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 129, Misc.   LAINHART *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Gordon Gooch* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 135, Misc.   BANDY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 144, Misc.   TAYLOR *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 146, Misc.   GADSON *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *George B. Mickum III* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 305, Misc.   ROSS *v.* FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 4th Cir.   Certiorari denied.   *John B. Culbertson* for petitioner.   *Solicitor General Griswold* for respondent.

No. 329, Misc.   McGURRIN *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT, ET AL.   C. A. 3d Cir.   Certiorari denied.